E-filing

## COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT 42 U.S.C §§ 1983

Name  HENRY   KEVIN
        (Last)          (First)          (Initial)

Prisoner Number _____

Institutional Address  P.O. BOX 67 @ SAN BRUNO, CA. 94066

===

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

KEVIN HENRY
(Enter the full name of plaintiff in this action.)

vs.

SAN FRANCISCO POLICE DEPT.
SAN FRANCISCO SHERIFF'S
CITY & COUNTY OF S.F., CALIF.
DEFENDANTS et al,
(Enter the full name of the defendant(s) in this action)

Case No. 07 6260 (PR)
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  **Exhaustion of Administrative Remedies**

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  C.J.#5 @ SAN BRUNO JAIL   SAN BRUNO, CA. 94066

B.  Is there a grievance procedure in this institution?
    YES (✓)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES (✓)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                                    - 1 -

FALSE ARREST, FALSE IMPRISONMENT,
UNLAWFUL DETAINMENT, LOSS OF
WAGES, PAIN & SUFFERING...

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____

_____

_____2. First formal level_____

_____

_____

3. Second formal level_____

_____

_____4 Third formal level _____

_____

_____

E.  Is the last level to which you appealed the highest level of appeal available to you? "ABSOLUTELY."
   YES ( ✓ )   NO ( )

F.  If you did not present your claim for review through the grievance procedure, explain why._____

_____

_____

II.  Parties

A.  Write your name and your present address. Do the same for additional plaintiffs, if any.

666 12th Avenue San Francisco California 94118 _____

_____

B.  Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                            - 2 -

1       place of employment.
2       ∅
3
4
5
6       III.

7 Statement of Claim

8     State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.

12 I was at home and my friends came by to pick me up at 12th Avenue. I got in the car with them at 11:27pm at night. We went riding towards my girlfriends on Arguello, which is 12 blocks away. We never made it because we were surrounded by police on Fourth Avenue @ Cabrillo from every direction. I was very frightened, and learned from police that we were gonna go to jail for robbery, which I have absolutely no knowledge of. I went shopping that day with my friend Cloe. I have no jail record or affiliation with trouble of any kind. I was going to graduate this year, and was going to attend college at a University. I am wrongfully accused of a crime I knew nothing about. At this point the District Attorney knows for a bona-fide truth I am not involved at all. Apparently some things happened before I was picked-up. At this point the information does not point to me as involved at all, victims discriptions, none of it adds up and points to me and the D.A. knows it. WHAT HAPPENED BEFORE I WAS PICKED UP DOES NOT CONCERN ME, AND I'M NOT PRIVY, OR KNOWLEDGABLE TO WHAT OCCURED EARLIER THAT DAY. It's the police's job to connect the dots, solve their case. Victims have already cleared me, but they feel I will talk against my associates, but I wasn't with them, so I know nothing. I know only what the police told us when they picked us up. I think the police saw them pick me up, and tried to implicate me, they know I was not with them.

25 IV.    Relief

26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28 COMPENSATORY DAMAGES & PUNITIVE DAMAGES TO BE DETERMINED BY COUNSEL.

COMPLAINT       - 3 -

1
2
3
4
5
6

7  I declare under penalty of perjury that the foregoing is true and correct.

8
9  Signed this ___6th___ day of ___December___, 20_07_

10
11  _____
12  (Plaintiff's signature)

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                                    - 4 -