KEVIN HEALY
P.O. BOX 67
SAN BRUNO, CA. 94066

RECEIVED

DEC 10 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK OF THE UNITED STATES DISTRICT COURT
C/O MR. RICHARD W. WIEKING
450 GOLDEN GATE AVENUE
P.O. BOX 36060
SAN FRANCISCO, CALIF. 94102
& CLERK OF THE COURT

USA 41