*12-7-07*

*FILED*
*07 DEC 11 PH 3: 56*
*RICHARD W. WIEKING*
*CLERK U.S. DISTRICT COURT*
*NORTHERN DIST. OF CALIFORNIA*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*KEVIN HENRY*

Plaintiff,

vs.

*SAN FRANCISCO POLICE DEPT.*
*SAN FRANCISCO SHERIFF'S*
*CITY OF SAN FRANCISCO et al.)*

Defendants

CV 07    6260
**CW**
**(PR)**

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, *KEVIN HENRY*_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?  Yes ____  No ✓___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources: *High School Student*

9    a.    Business, Profession or          Yes ____  No ✓

10         self employment

11   b.    Income from stocks, bonds,       Yes ____  No ✓

12         or royalties?

13   c.    Rent payments?                   Yes ____  No ✓

14   d.    Pensions, annuities, or          Yes ____  No ✓

15         life insurance payments?

16   e.    Federal or State welfare payments,  Yes ____  No ✓

17         Social Security or other govern-

18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                  Yes ____  No ✓

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ ⌀ _____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2          support and indicate how much you contribute toward their support.  (NOTE:

3          For minor children, list only their initials and ages.  DO NOT INCLUDE

4          THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?          Yes ____  No __✓__

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?                Yes ____  No __✓__

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No __✓__ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account?  Yes ____ No __✓__ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s):  $ _____

17   Do you own any cash?  Yes ____ No __✓__ Amount:  $ _____

18   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19   market value.)   Yes ____  No __✓__

20   _____

21   8.    What are your monthly expenses?  ⊘  Minor

22   Rent: $ _____ Utilities: _____

23   Food: $ _____ Clothing: _____

24   Charge Accounts:

25   Name of Account            Monthly Payment                  Total Owed on This Acct.

26   _____   $ _____   $ _____

27   _____   $ _____   $ _____

28   _____   $ _____   $ _____9.   Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

1  you have any other debts?  (List current obligations, indicating amounts and to whom they are

2  payable.  Do not include account numbers.)

3  _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?    Yes ____  No ✓

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.  ⊘

9  _____

10  _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15
16   *12 - 7 - 07*                   *Kevin Henry*

17        DATE                          SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28