NAME: KEVIN HENRY
ADDRESS: P.O. BOX #67 @ SAN BRUNO, CA. 94066
TELEPHONE:

E-filing

FILED
07 DEC 11 PM 3:55
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KEVIN HENRY
          Plaintiff
                v.
San Francisco Police Dept.
San Francisco Sheriffs
City of San Francisco
San Francisco County

CV 07 6260

MOTION FOR APPOINTMENT OF COUNSEL **(PR)**

Civil Action No. ____

-----------------------------------X

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion plaintiff states:

#1. Plaintiff is unable to afford counsel. He has requested leave to proceed _in forma pauperis_.

#2. Plaintiffs imprisonment will greatly limit his ability to litigate. The issues in this case will require significant research, and are complex, and require in depth investigation. Plaintiff has limited knowledge of the law, and has extremely limited access to law-library.

#3. A trial in this case will likely involved conflicting testimony, and counsel would better enable plaintiff to present evidence, and cross examine witnesses.

#2.
cont. WHEREFORE, plaintiff request that the court appoint _____, a member of the _____ Bar, as counsel in this case.

Date: _____

Signature: _____

Print name: _____

Address: _____