**FILED**

DEC 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND _SF_

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Kevin Henry    et al,

                            Plaintiff,

         vs.

San Francisco Police Dept
City of San Francisco    et al,
County of San Francisco Defendant.

CV 07    6260
CW

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

**(PR)**

I, _Kevin Henry_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?  Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____0_____    Net: _____0_____

Employer: _NONE_

_____0_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)  *I'M IN HIGHSCHOOL*

4  _____

5  _____

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9          a.      Business, Profession or              Yes ____  No ✓

10                 self employment

11         b.      Income from stocks, bonds,           Yes ____  No ✓

12                 or royalties?

13         c.      Rent payments?                       Yes ____  No ✓

14         d.      Pensions, annuities, or              Yes ____  No ✓

15                 life insurance payments?

16         e.      Federal or State welfare payments,   Yes ____  No ✓

17                 Social Security or other govern-

18                 ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.   Ø

21  _____

22  _____

23  3.      Are you married?                            Yes ____  No ✓

24  Spouse's Full Name: _____ *N A* _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____

1       b.      List the persons other than your spouse who are dependent upon you for

2          support and indicate how much you contribute toward their support.  (NOTE:

3          For minor children, list only their initials and ages.  DO NOT INCLUDE

4          THEIR NAMES.).  *No CHILDREN*

5  _____

6  _____

7  5.      Do you own or are you buying a home?      Yes ____ No ✓

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.      Do you own an automobile?      Yes ____ No ✓

10  Make ___Ø___ Year _____ Model _____

11  Is it financed? Yes _____ No _____ If so, Total due: $ _____

12  Monthly Payment: $ _____

13  7.      Do you have a bank account? Yes ____ No ✓ (Do *not* include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s):  $ ___Ø_____

17  Do you own any cash?  Yes ____ No ✓ Amount: $ ___Ø_____

18  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19  market value.)  Yes ____ No ✓

20  _____

21  8.      What are your monthly expenses? *NONE — I'M IN SCHOOL DOWNTOWN HIGH SCHOOL*

22  Rent: $ _____ Utilities: _____

23  Food: $ _____ Clothing: _____

24  Charge Accounts:

25  <u>Name of Account</u>      <u>Monthly Payment</u>      <u>Total Owed on This Acct.</u>

26  _____ $ _____ $ _____

27  _____ $ _____ $ _____

28  _____ $ _____ $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 3 -

9.      Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)  *NO*

_____

_____

10.     Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No _✓_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.  Ø    *N/A*

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

*12-15-07*                          _____

DATE                                      SIGNATURE OF APPLICANT