1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN HENRY,

      Plaintiff,

   v.

SAN FRANCISCO POLICE DEPT.,
et al.,

      Defendants.
_____/

No. C 07-06260 CW (PR)

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL

    Plaintiff requests the appointment of counsel to represent him in this action.

    There is no constitutional right to counsel in a civil case unless an indigent litigant may lose his physical liberty if he loses the litigation.  See Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981); Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997) (no constitutional right to counsel in § 1983 action), withdrawn in part on other grounds on reh'g en banc, 154 F.3d 952 (9th Cir. 1998) (en banc).  The court may ask counsel to represent an indigent litigant under 28 U.S.C. § 1915 only in "exceptional circumstances," the determination of which requires an evaluation of both (1) the likelihood of success on the merits, and (2) the ability of the plaintiff to articulate his claims pro se in light

**United States District Court**
For the Northern District of California

1   of the complexity of the legal issues involved.  <u>See</u> <u>id.</u> at 1525;

2   <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wilborn v.</u>

3   <u>Escalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986).  Both of these

4   factors must be viewed together before reaching a decision on a

5   request for counsel under § 1915.  <u>See</u> <u>id.</u>  The Court finds that

6   exceptional circumstances entitling Plaintiff to court appointed

7   counsel do not exist.  The likelihood of Plaintiff's success on the

8   merits cannot be ascertained at this point in the proceedings, and

9   the legal issues are not complex.  Accordingly, Plaintiff's request

10  is DENIED.

11          This Order terminates Docket no. 3.

12          IT IS SO ORDERED.

13

Dated:  2/13/08

14                                                CLAUDIA WILKEN
                                                  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KEVIN HENRY,

          Plaintiff,

  v.

SF POLICE DEPT. et al,

          Defendant.
_____/

Case Number: CV07-06260 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin  Henry
P.O. Box 67
San Bruno,  CA 94066

Dated: February 13, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

United States District Court
For the Northern District of California