Kevin Henry
P.O. Box 67
San Bruno, CA 94066

CV07-06260 CW

