IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HENRY, | No. C 07-06260 CW (PR) |
| Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| SAN FRANCISCO POLICE DEPT., et al., | |
| Defendants. | |

Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On February 20, 2008, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable. To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and

1  (2) the court fails to receive within sixty days of this return a
2  written communication from the pro se party indicating a current
3  address.  See L.R. 3-11(b).
4      More than sixty days have passed since the mail directed to
5  Plaintiff by the Court was returned as undeliverable.  The Court
6  has not received a notice from Plaintiff of a new address.
7  Accordingly, the complaint is DISMISSED without prejudice pursuant
8  to Rule 3-11 of the Northern District Local Rules.  Plaintiff's
9  application to proceed in forma pauperis (docket no. 5) is DENIED
10 as incomplete.
11     The Clerk of the Court shall enter judgment in accordance with
12 this Order, terminate all pending motions, and close the file.
13     IT IS SO ORDERED.

Dated: 4/30/08

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\CR.07\Henry260.3-11DISMISSAL.frm    2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KEVIN HENRY,

        Plaintiff,

v.

SF POLICE DEPT. et al,

        Defendant.

Case Number: CV07-06260 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Henry
P.O. Box 67
San Bruno, CA 94066

Dated: April 30, 2008

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk