IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN HENRY,

        Plaintiff,

   v.

SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO SHERIFF'S DEPARTMENT; CITY AND COUNTY OF SAN FRANCISCO,

        Defendants.
        _____ /

No. C 07-06260 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

    Dated at Oakland, California, this 30th day of April, 2008.

                                    RICHARD W. WIEKING
                                    Clerk of Court

*Sheilah Cahill*

By: _____
     SHEILAH CAHILL
     Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN HENRY,

        CW Plaintiff,

  v.

SF POLICE DEPT. et al,

        Defendant.

Case Number: CV07-06260

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Henry
P.O. Box 67
San Bruno, CA 94066

Dated: April 30, 2008

                Richard W. Wieking, Clerk
                By: Sheilah Cahill, Deputy Clerk